```
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 7 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA             :

    - v. -                              :

MICHAEL MALONEY,                     :
    a/k/a "MEDBOX2005,"
    a/k/a "medbox2005,"              :

        Defendant.               :

- - - - - - - - - - - - - - - - - - X

**MISDEMEANOR INFORMATION**

18 Mag. _____ (    )

**18 CRM 565**

## COUNT ONE

The United States Attorney charges:

1.  In or about July 2017, in the Southern District of New York and elsewhere, MICHAEL MALONEY, a/k/a "medbox2005," the defendant, unlawfully, intentionally, and knowingly possessed controlled substances, to wit, quantities of cocaine, marijuana, and 3,4-methylenedioxymethamphetamine, commonly known as "MDMA" or "ecstasy".

(Title 21, United States Code, Sections 812 and 844(a).)

*Geoffrey S. Berman*
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MICHAEL MALONEY,
a/k/a "MEDBOX2005,"
a/k/a "medbox2005,"

Defendant.

## MISDEMEANOR INFORMATION

18 Mag. _____ (      )

(Title 21, United States Code,
Sections 812 and 844(a).)

GEOFFREY S. BERMAN
United States Attorney.